PROB 12C
(7/93)

Report Date: July 5, 2012

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 05 2012

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Luis Partida-Ramirez        Case Number: 2:05CR00101-001

Address of Offender: Spokane County Jail

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: 3/9/2006

Original Offense:   Ct. 1: Distribution of Cocaine, 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C);
                    Ct. 2: Distribution of Cocaine, 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C);
                    Ct. 3: Possession With Intent to Distribute 500 Grams or More of Cocaine, 21 U.S.C.
                    §§ 841(a)(1) & 841(b)(1)(B)

Original Sentence:  Prison - 51 Months;          Type of Supervision: Supervised Release
                    TSR - 48 Months

Asst. U.S. Attorney: Aine Ahmed                  Date Supervision Commenced: 08/01/2008

Defense Attorney:    Federal Defenders Office    Date Supervision Expires: 07/31/2012

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number       Nature of Noncompliance

    1 & 2              **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local
                       crime.

                       **Special Condition # 14**: You are prohibited from returning to the United States without
                       advance legal permission from the United States Attorney General or his designee. Should
                       you reenter the United States, you are required to report to the probation office within 72
                       hours of reentry.

                       **Supporting Evidence**: The defendant was deported from the United States on
                       August 1, 2008. On June 14, 2012, the defendant was found in the United States at Spokane
                       County, Washington, without the express consent of the Attorney General or his designee.
                       According to a special agent from the Bureau of Immigration and Customs Enforcement
                       (ICE), the defendant admitted illegally entering the United States through Canada on or
                       about January 2012.

Prob12C
Re: Partida-Ramirez, Luis
July 5, 2012
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/05/2012

s/Shane Moore

Shane Moore
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Edward F. Shea*

Signature of Judicial Officer

7/5/12

Date